169 A.3d 489

IN THE MATTER OF RICHARD D. SCHIBELL, AN ATTORNEY AT LAW (ATTORNEY NO. 008531973)

September 21, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–183, concluding that **RICHARD D. SCHIBELL** of **OCEAN,** who was admitted to the bar of this State in 1973, should be censured for violating *RPC* 1.15(a)(commingling), *RPC* 1.15(d) and *Rule* 1:21–6 (recordkeeping), *RPC* 8.1(a)(knowingly making false statements of material fact in connection with a disciplinary matter), and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit, or misrepresentation), and good cause appearing;

It is ORDERED that **RICHARD D. SCHIBELL** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual

expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.